IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JOHNSON,

       Plaintiff,                        No. CIV S-03-2579 LKK JFM P

    vs.

M. JIMINEZ, et al.,

       Defendants.           <u>ORDER</u>

                             /

       Defendants have filed two requests for an extension of time to conduct plaintiff's deposition. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants' April 19, 2005 request for extension of time is granted;

       2. Defendants' May 16, 2005 request for extension of time is granted;

       3. Defendants are granted an extension of time until June 17, 2005 to conduct plaintiff's deposition; and

       4. No further extensions of time will be granted.

DATED: May 31, 2005.

                                                UNITED STATES MAGISTRATE JUDGE

12;john2579.36b