IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES JOHNSON,** | CIV S-03-2579 LKK JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MOTION** |
| v. | |
| **M. JIMINEZ, et al.,** | |
| Defendants. | |

Defendants' request for a extension of time to file a pretrial motion was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have up to and including August 22, 2005, to file their pretrial motion.

DATED: July 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/john2579.ext