BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
SANDRA L. LUSICH, State Bar No. 195995
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-6749
 Fax: (916) 324-5205

Attorneys for Defendants Zills and Jimenez
SA2004102394

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES JOHNSON,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**M. JIMINEZ, et al.,**<br><br>                              Defendants. | CIV S-03-2579 LKK JFM P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MOTION** |

Defendants' second request for an extension of time to file a pretrial motion was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have up to and including September 21, 2005, to file their pretrial motion.

DATED: August 29, 2005.

UNITED STATES MAGISTRATE JUDGE

1