BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
SANDRA L. LUSICH, State Bar No. 195995
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-6749
 Fax: (916) 324-5205

Attorneys for Defendants Zills and Jimenez
SA2004102394

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES JOHNSON,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**M. JIMINEZ, et al.,**<br><br>                    Defendants. | CASE NO. CIV S-03-2579 LKK JFM P<br><br>**ORDER RE DEFENDANTS' REQUEST TO MODIFY THE DATE FOR FILING PRETRIAL STATEMENTS IN THE CURRENT SCHEDULING ORDER** |

Defendants' request to modify the date the for the filing of pretrial statements in the current scheduling order was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that date for filing pretrial statements is vacated and will be reset, as appropriate, by subsequent order of court.

DATED: October 25, 2005.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

john2579.vac

Order re Defendants' Request to Modify the Date for Filing Pretrial Statements

1