1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES JOHNSON,

11            Plaintiff,                No. CIV S-03-2579 LKK JFM P

12        vs.

13   M. JIMINEZ, et al.,

14            Defendants.               ORDER

15   _____/

16            Due to the pendency of defendants' September 21, 2005 motion for summary

17   judgment, and good cause appearing, IT IS HEREBY ORDERED that the jury trial set for

18   January 17, 2006 before the Honorable Lawrence K. Karlton is vacated and will be reset, as

19   appropriate, following disposition of defendants' motion.

20   DATED:  December 20, 2005.

21

22                                    _____
                                      UNITED STATES MAGISTRATE JUDGE
23

24   12
     john2579.vac2
25

26

                                        1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26